UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK W. BIGGS,

    Plaintiff(s),                            Case No.   20-cv-10219

v.                                            Hon.  Sean F. Cox

AMERICAN PROFIT
RECOVERY, INC.,

    Defendant(s).
_____/

## NOTICE OF SCHEDULING CONFERENCE

You are notified to appear on **Tuesday, July 7, 2020 at 2:30 p.m.**, in the Chambers of Judge Sean F. Cox, Room 817, Theodore Levin U. S. Courthouse, 231 West Lafayette, Detroit, Michigan for a scheduling conference on the above-referenced action. PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

1. A brief summary of the case and issues.
2. Subject matter jurisdiction.
3. Relationship to other cases.
4. Necessity of amendments to pleadings, additional parties, third-party complaint or other additional information.
5. Discovery progress -- counsel are instructed to commence significant discovery prior to the conference.
6. Mediation.
7. Motions.

The purpose of this conference is to make the court aware of the issues involved, to discuss the possibility of settlement, and to establish dates for discovery cut-off, settlement conference,  motion cut-off, pretrial and trial. Please be prepared to address all these issues.

The Court does not grant adjournments of scheduling conferences because trial counsel is unavailable. Substitute counsel must appear.

                                                               s/Jennifer McCoy
                                                                Jennifer McCoy, Case Manager
DATED:   April 7, 2020                    313-234-2653

Copies sent to: Counsel of Record